AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>MATTHEW R. HEBERT<br><br>*Defendant(s)* | Case No. 1:24-mj-00291-CDA |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
4:42 pm, Feb 05 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____R.C.____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 28, 2024__ in the county of __Baltimore City__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46306(b)(6)(A); | Knowingly and willfully operating and attempting to operate an unregistered Unmanned Aircraft System ("UAS"); |
| 49 U.S.C. § 46306(b)(7); and | Knowingly and willfully serving or attempting to serve as an airman without an airman's certificate; and |
| 49 U.S.C. § 46307. | Knowingly or willfully violating United States Airspace. |

This criminal complaint is based on these facts:
See Affidavit attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

*David A. Rodski*
*Complainant's signature*

David A. Rodski, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: February 5, 2024 @ 1338

*Judge's signature*

City and state: Baltimore, Maryland

Hon. Charles D. Austin, U.S. Magistrate Judge
*Printed name and title*