

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Reply to Northern Division Address

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

USDC- BALTIMORE
'24 MAR 14 PM 3:22

March 14, 2024

## RECEIPT FOR RETURN OF PASSPORT

Re:   United States of America vs. "Matthew R. Herbert"
      Case No. 1:24-mj-291-CDA-1

I hereby acknowledge receipt from the Clerk of one Passport ending with 5977 issued by the United States of America which is being returned pursuant to the Court's Order.

March 14, 2024
Date

_____
Signature of Defendant or Counsel

Matthew R Hebert
Printed Name

410-710-5764
Telephone Number

Receipt for Return of Passport (2/2023)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov